**Adonis JOHNSON, Sr., Appellant,**

v.

**UNILEVER HPC USA, Appellee.**

**No. 04–1563.**

United States Court of Appeals, Eighth Circuit.

Submitted Jan. 6, 2005.

Decided Jan. 24, 2005.

Adonis Johnson, Sr., St. Louis, MO, pro se.

Vance Douglas Miller, Michael B. Kass, Armstrong & Teasdale, St. Louis, MO, for Defendant–Appellee.

Before BYE, MELLOY, and COLLOTON, Circuit Judges.

PER CURIAM.

Adonis Johnson, Sr., appeals the adverse grant of summary judgment in his employment-discrimination action. The district court[1] concluded Johnson's complaint was

1. The Honorable E. Richard Webber, United States District Judge for the Eastern District

barred by res judicata. Upon careful review of the record, we agree, for the reasons explained by the district court. Accordingly, we affirm. *See* 8th Cir. R. 47B.